[Cite as *01/27/2003 Case Announcements,* 2003-Ohio-318.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *January 27, 2003*

## MISCELLANEOUS ORDERS

The Supreme Court of Ohio has issued orders imposing sanctions upon two hundred seventy-five attorneys and judges for noncompliance with the applicable continuing legal education requirements of Gov. Bar R. X and Gov. Jud. R. IV. The text of the entry imposing the sanction is reproduced below. This is followed by a list of the attorneys and judges who were sanctioned. The list includes each attorney or judge's Attorney Registration Number; the county and state of residence and the county and state of the attorney's or judge's employer, as last registered with the Attorney Registration Section under Gov. Bar R. VI; and the amount of the sanction fee imposed by the Supreme Court.

| | | |
|---|---|---|
| In re Report of the Commission | : | |
| on Continuing Legal Education. | : | |
| | : | |
| [Name of Attorney] | : | ORDER |
| ( # [Attorney Registration No.]), | : | |
| Respondent. | : | |

This matter originated in this Court on the filing of a report by the Commission on Continuing Legal Education (the "Commission") pursuant to Gov. Bar R. X, Sec. 6, Div. (A)(1)(b) and Div. (A)(2)(d). The Commission recommended the imposition of sanctions against certain attorneys and judges, including the above-named respondent, for failure to comply with the applicable continuing legal education provisions of Gov. Bar R. X and Gov. Jud. R. IV, for the 2000–2001 reporting period.

On November 6, 2002, pursuant to Gov. Bar R. X, Sec. 6, Div. (B)(1), this Court issued to the respondent an order to show cause why the Commission's recommendation should not be adopted and an order so entered against the respondent. Respondent filed no objections to the Commission's recommendation and this cause was considered by the Court. Upon consideration thereof,

IT IS ORDERED by the Court that the recommendation of the Commission be adopted and, within 30 days of the date of this order, respondent shall pay to the Commission on Continuing Legal Education, by certified check, official check, or money order, a sanction fee which is hereby imposed in the total amount of $[      ].

IT IS FURTHER ORDERED that the Clerk of the Court shall record the respondent's status on the roll of attorneys as "NOT IN GOOD STANDING" until such time as the respondent has complied with this Order but that this Order shall not be considered a disciplinary order pursuant to Gov. Bar R. V or Gov. Bar R. X, Sec. 6, Div. H.

IT IS FURTHER ORDERED that the Commission shall notify the Clerk of the Court when payment of the imposed sanction has been made by respondent.

IT IS FURTHER ORDERED by the Court that the Clerk shall send this order by certified mail to the respondent at the business address registered with the Attorney Registration Section under Gov. Bar R. VI; that, if this order is returned as undeliverable or unclaimed, the Clerk shall resend it by regular mail to the respondent at the residence address registered with the Attorney Registration Section; and that service of this order in accordance with the foregoing shall be deemed effective service.

IT IS FURTHER ORDERED that, payment of the sanction notwithstanding, respondent shall comply with the requirements imposed by Gov. Bar R. X for the 2000–2001 reporting period. See CLE Reg. 503.04.

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Richard Roman Huber | 0000087 | Erie | OH | Erie | OH | $680.00 |
| James Colvin Dodge | 0000649 | Butler | OH | | | $165.00 |
| Richard Walter Dunn | 0001544 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| John Wesley Edward Bowen | 0001899 | Franklin | OH | Franklin | OH | $150.00 |
| Herman John Guckenberger | 0002140 | Hamilton | OH | Hamilton | OH | $750.00 |
| Albert Ross Fingerman | 0002327 | Hamilton | OH | Hamilton | OH | $100.00 |
| Paul Eugene Gillmor | 0002511 | Seneca | OH | | DC | $100.00 |
| Beverly Grady | 0002674 | | FL | | FL | $100.00 |
| Kenneth John Cummings | 0003708 | Stark | OH | Stark | OH | $720.00 |
| Hermina Mary Glaser | 0004882 | Hamilton | OH | Hamilton | OH | $150.00 |
| James F. DeLeone | 0004910 | Franklin | OH | Franklin | OH | $70.00 |
| Charles R. Aley | 0004923 | | PA | Trumbull | OH | $150.00 |
| Allen Richard Baldwin | 0004982 | Wood | OH | Wood | OH | $150.00 |
| Donald Lynn Groninger | 0005036 | | TN | | TN | $500.00 |
| Carl Adelbert Bertoch | 0005685 | | FL | | FL | $390.00 |
| Avery Samuel Friedman | 0006103 | Cuyahoga | OH | Cuyahoga | OH | $55.00 |
| Donna Stern Herzig | 0006223 | | KY | | KY | $205.00 |
| William Hawal | 0006730 | Cuyahoga | OH | Cuyahoga | OH | $55.00 |
| S. Martin Kirsh | 0007868 | Cuyahoga | OH | Cuyahoga | OH | $280.00 |
| Leonard Zola Alpert | 0008112 | | WV | | WV | $240.00 |
| Kathleen Michele Carrick | 0008231 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Roi Ellsworth Baugher II | 0008318 | | FL | | FL | $250.00 |
| Charles Paul Braman | 0008422 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Stephen Stuart Bird | 0008615 | | SC | | SC | $270.00 |
| William Paul Lang | 0008774 | Lorain | OH | Lorain | OH | $55.00 |
| Patricia Christine Leonard | 0009235 | | IN | | | $330.00 |
| Timothy Voorhees Dix | 0010300 | | CO | | CO | $750.00 |
| Marc William Freimuth | 0010380 | Cuyahoga | OH | Cuyahoga | OH | $520.00 |
| Robert William Becker | 0011129 | | NM | | NM | $250.00 |
| Irene Alexandra Holyk Rennillo | 0011443 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Francis Gaynor Fitzpatrick | 0011692 | Tuscarawas | OH | Tuscarawas | OH | $750.00 |
| Thomas Edward Fox Jr. | 0011895 | Warren | OH | Warren | OH | $150.00 |
| Larry Alan Landis | 0012483 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Thomas Donaldson Johnston | 0012729 | Stark | OH | Stark | OH | $250.00 |
| Jacqueline Marie Boney | 0013050 | Lucas | OH | Lucas | OH | $290.00 |
| Stephen Manion Connor | 0013516 | | VA | | VA | $610.00 |
| Edward Anthony DiGiantonio | 0014358 | Summit | OH | Summit | OH | $720.00 |
| Thomas Arthur Cox | 0014365 | Stark | OH | Portage | OH | $150.00 |
| Arnold Bruce Abrams | 0014556 | | CA | | CA | $540.00 |
| Howard Franklin Claypoole | 0014760 | | NC | | | $490.00 |
| William Pearson Holder Jr. | 0015110 | Summit | OH | Summit | OH | $150.00 |
| David Alan Lawrence | 0015293 | Cuyahoga | OH | Cuyahoga | OH | $240.00 |
| John Day Bricker | 0015453 | Hocking | OH | Hocking | OH | $640.00 |
| Daryl Lee Hollnagel | 0015572 | | NC | | NC | $100.00 |
| Roy Edmund Leonard | 0016359 | | PA | | PA | $190.00 |
| Anthony Robin Kidd | 0016529 | Clark | OH | Montgomery | OH | $490.00 |
| Charles Edward Clendenin | 0016609 | Clermont | OH | | | $720.00 |
| Edward William Kilrain | 0017075 | Cuyahoga | OH | | | $640.00 |
| Bruce Allen Ennen | 0017111 | Licking | OH | Licking | OH | $250.00 |
| Elizabeth Kilcullen Lanier | 0017121 | Hamilton | OH | | | $340.00 |
| Anthony Nicholas Gurvis | 0017178 | Franklin | OH | Franklin | OH | $150.00 |
| Andrew Myron Kauffman | 0017183 | Franklin | OH | Franklin | OH | $150.00 |
| Phillip Allen Lawrence | 0018478 | Cuyahoga | OH | Cuyahoga | OH | $190.00 |
| Paul Walker Barrett | 0018738 | Greene | OH | Greene | OH | $200.00 |
| Matthew Gordon Harris | 0019206 | Lorain | OH | Lorain | OH | $750.00 |
| Larry Kenneth Carnahan | 0019285 | Franklin | OH | Franklin | OH | $470.00 |
| Cynthia Ann Lennon | 0019458 | Greene | OH | Greene | OH | $150.00 |
| Charles Clark Griesinger | 0020109 | Medina | OH | Medina | OH | $700.00 |

1428

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| David Charles Eisler | 0020362 | | NH | Cuyahoga | OH | $660.00 |
| Pamela Sue Landy | 0020578 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Robert Frank Jefferis Sr. | 0020787 | Montgomery | OH | Montgomery | OH | $520.00 |
| Douglas Whitney Bulson Jr. | 0020983 | Franklin | OH | Franklin | OH | $205.00 |
| Charles Everton Lewis | 0021286 | | FL | | FL | $150.00 |
| Harris Taylor Booker Jr. | 0021603 | | PA | | PA | $750.00 |
| Elliott Roy Eisner | 0021712 | | NV | | NV | $750.00 |
| Gilbert Joseph Gradisar | 0021782 | Franklin | OH | Franklin | OH | $680.00 |
| Larry Valentino DiLabbio | 0021890 | Lucas | OH | Lucas | OH | $150.00 |
| Mark Joseph Kisor | 0022090 | | IN | | IN | $330.00 |
| Martin Wayne Elson | 0022284 | Summit | OH | Cuyahoga | OH | $100.00 |
| Thomas David Corrigan | 0022810 | Cuyahoga | OH | Cuyahoga | OH | $215.00 |
| Daniel Robert Davies | 0023716 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Gene Thomas Borgstahl | 0023760 | Lucas | OH | Lucas | OH | $250.00 |
| Herbert Alexander Adrine | 0023940 | Cuyahoga | OH | Cuyahoga | OH | $600.00 |
| Paul John Kukuca | 0023977 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| J. T. Cavender | 0024456 | Warren | OH | Warren | OH | $460.00 |
| R. Lyn Hall | 0024505 | | | | | $250.00 |
| Frederick Clarke Jones | 0024640 | Lorain | OH | Lorain | OH | $80.00 |
| Lynn Schleusener Decker | 0024686 | Lake | OH | Cuyahoga | OH | $700.00 |
| Drew Stewart Diehl | 0024802 | Hamilton | OH | Hamilton | OH | $90.00 |
| Arthur D. Jackson Jr. | 0024832 | | WA | | WA | $570.00 |
| Robert Charles Lauber | 0025035 | Fulton | OH | Fulton | OH | $660.00 |
| Bert Berkley Lockwood Jr. | 0025422 | Hamilton | OH | Hamilton | OH | $250.00 |
| Bradford Robinson Carver | 0025455 | | MA | | MA | $100.00 |
| Jerald Bruce Kipp | 0025486 | Medina | OH | Medina | OH | $65.00 |
| Susan Barnes De Resendiz | 0025728 | | TX | | IL | $100.00 |
| Robert Jesse Fay | 0026064 | Cuyahoga | OH | Cuyahoga | OH | $570.00 |
| Christopher Joseph Fekete | 0026723 | | IL | | IL | $600.00 |
| Daniel John Homick | 0026977 | | NC | | NC | $490.00 |
| Harald Franklin Craig III | 0027586 | Franklin | OH | Franklin | OH | $750.00 |
| Susan Jane Hauck | 0029182 | | KY | | KY | $540.00 |
| Robert Michael Dunn | 0029233 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Jacqueline L. Tullos Johnson | 0029249 | Franklin | OH | Franklin | OH | $750.00 |
| Terry Jonathan Lodge | 0029271 | Lucas | OH | Lucas | OH | $60.00 |
| George Clifford Ellis | 0029419 | Warren | OH | Holmes | OH | $460.00 |
| Anthony Phillip Georgetti | 0030055 | Lucas | OH | Lucas | OH | $510.00 |
| Shirley May Jones | 0030085 | Summit | OH | Summit | OH | $750.00 |
| John Eugene DiAlbert | 0030101 | Franklin | OH | Franklin | OH | $150.00 |
| Kenneth David Homer | 0030870 | Richland | OH | Richland | OH | $750.00 |
| John Gregory Gosling | 0031040 | Vinton | OH | Vinton | OH | $490.00 |
| Carl Allen Genberg | 0031141 | | IL | | IL | $750.00 |
| Daniel O'Connell Corrigan | 0031432 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Peter Rodney Badger | 0031605 | | VA | | MD | $750.00 |
| Roberta Ann Yoder | 0031626 | Franklin | OH | Franklin | OH | $150.00 |
| R. Bruce Burke | 0031639 | | VA | | DC | $490.00 |
| Teresa James | 0031671 | Cuyahoga | OH | Cuyahoga | OH | $350.00 |
| Leslie Gilman Johnson | 0031886 | Hocking | OH | Hocking | OH | $720.00 |
| Ric Daniell | 0032072 | Franklin | OH | Franklin | OH | $340.00 |
| Joseph Alfred Britton Jr. | 0032183 | Cuyahoga | OH | Cuyahoga | OH | $700.00 |
| Nicholas L'Ouverture Gerren Jr. | 0032341 | Montgomery | OH | Montgomery | OH | $330.00 |
| Melinda Sue Cooper | 0032440 | | IN | | | $170.00 |
| George Francis Crummey | 0032558 | Van Wert | OH | Van Wert | OH | $460.00 |
| James Alexander Jr. | 0033384 | Cuyahoga | OH | Cuyahoga | OH | $600.00 |
| Kathy Lee Ellison | 0033808 | Butler | OH | Montgomery | OH | $150.00 |
| Loren Walter Hershey | 0033841 | | VA | | DC | $100.00 |
| Sterling Everard Gill II | 0034021 | Franklin | OH | Franklin | OH | $315.00 |
| James William Guest Jr. | 0034025 | Cuyahoga | OH | | | $250.00 |
| Steven Floyd Faeth | 0034441 | | PA | | PA | $200.00 |
| Louis Carl Fontana | 0034674 | Hamilton | OH | Hamilton | OH | $660.00 |
| Kathleen Carr Kerchansky | 0036794 | | AZ | | AZ | $750.00 |
| Ivan Gerald Haggins | 0036839 | Cuyahoga | OH | Cuyahoga | OH | $190.00 |
| Edward Paul Lonjak | 0036916 | Cuyahoga | OH | Cuyahoga | OH | $660.00 |
| Dane Arlen Bonecutter | 0037237 | | SC | Richland | OH | $570.00 |
| Terrence William Lyden | 0037301 | Franklin | OH | Franklin | OH | $150.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Dale Anthony Brinker | 0037325 | | KY | | KY | $510.00 |
| Kenneth Jack Kies | 0037487 | | VA | | DC | $310.00 |
| Jeffrey Alan Ayres | 0037961 | Franklin | OH | Franklin | OH | $750.00 |
| Myron Lykins Dale | 0038085 | Hamilton | OH | Hamilton | OH | $210.00 |
| Jimmie Christon | 0038116 | Montgomery | OH | Montgomery | OH | $400.00 |
| Phillip Robert Dawalt Jr. | 0038168 | | IN | | IN | $100.00 |
| Susan Marie Lutz | 0038277 | Wayne | OH | Wayne | OH | $610.00 |
| Marc Benjamin Bandman | 0038487 | Delaware | OH | Delaware | OH | $750.00 |
| Benjamin Francis Barrett Jr. | 0038619 | Cuyahoga | OH | Lorain | OH | $100.00 |
| John Joseph Krimm Jr. | 0038915 | Franklin | OH | Franklin | OH | $150.00 |
| Mark Robert Bandsuch | 0038958 | | CA | | CA | $700.00 |
| David Paul Lewis | 0039160 | Summit | OH | Cuyahoga | OH | $490.00 |
| Stephen Patrick Deffet | 0039384 | Franklin | OH | Franklin | OH | $340.00 |
| Jill Ann Hess | 0039512 | | VA | | | $100.00 |
| Katherine Cobb Jones | 0039659 | | IN | | IN | $750.00 |
| Sean Paul Finneran | 0039673 | Franklin | OH | Franklin | OH | $600.00 |
| Shelby Diane Golden | 0039787 | Allen | OH | Allen | OH | $750.00 |
| William Mujahid Al'Uqdah | 0039809 | Hamilton | OH | Hamilton | OH | $540.00 |
| Frank Stephen Chamberlain | 0039815 | Allen | OH | Allen | OH | $250.00 |
| John Douglas Karlovec | 0039968 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| George Edward Darmstatter Jr. | 0039977 | | GA | | GA | $640.00 |
| Margaret Golden Bell | 0040179 | | AZ | | AZ | $470.00 |
| William G. Krupar | 0040201 | | MI | | MI | $460.00 |
| David John Heinlein | 0040677 | Franklin | OH | Franklin | OH | $90.00 |
| Raymond Thomas Lee III | 0040765 | | CA | | CA | $150.00 |
| Joseph Harold Loeffler | 0040791 | Lucas | OH | Lucas | OH | $150.00 |
| Karan Marie Horan | 0040872 | Butler | OH | Butler | OH | $150.00 |
| Michael F. Dadisman | 0040997 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Thomas Francis Daley | 0041039 | | NY | | NY | $600.00 |
| Raymond John Ewers | 0041064 | Lorain | OH | Lorain | OH | $150.00 |
| Carolyn Claire Cobb | 0041074 | | MD | | MD | $100.00 |
| Ronald Dennis James | 0041120 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| James E. Eggenschwiler Jr. | 0041157 | Franklin | OH | Franklin | OH | $610.00 |
| Sam Allie Eidy | 0041209 | Lucas | OH | | MI | $80.00 |
| Thomas Willard Current | 0041303 | | VA | | VA | $750.00 |
| Paul Dale Glenn | 0041869 | | VA | | DC | $100.00 |
| Robert Kendal Larson Jr. | 0042368 | | KY | Hamilton | OH | $150.00 |
| Barbara Ann Baczewski | 0042649 | Cuyahoga | OH | Cuyahoga | OH | $490.00 |
| Shelly LaMar Kennedy | 0043523 | Ottawa | OH | Ottawa | OH | $100.00 |
| Joseph Paul Albright Jr. | 0043596 | | WV | | WV | $70.00 |
| John Gerard Konkel | 0043815 | | MI | | | $100.00 |
| Christopher Lipski | 0043932 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Julia Suzanne Kennedy | 0046712 | | IN | | IN | $640.00 |
| John William Bruni | 0047355 | | PA | | PA | $150.00 |
| Andrew Mahlon Engel | 0047371 | Montgomery | OH | Montgomery | OH | $500.00 |
| Stephen Edward DeFrank Jr. | 0047572 | Franklin | OH | Franklin | OH | $120.00 |
| Shelly Baber Jones | 0047587 | Hamilton | OH | Hamilton | OH | $610.00 |
| Harvey Alexander Hopson Jr. | 0048187 | | NC | | NC | $150.00 |
| Frankie Donnell Hoskey | 0048213 | | VA | | DC | $750.00 |
| Ruth Elizabeth Beshears | 0052402 | Franklin | OH | Franklin | OH | $610.00 |
| Antonio Maria Freire | 0054271 | | FL | | FL | $100.00 |
| Edward Michael DiCato | 0055350 | Summit | OH | Summit | OH | $100.00 |
| Todd Bradley Carver | 0055859 | Montgomery | OH | Montgomery | OH | $250.00 |
| Vincent Ned Ciccolini | 0055860 | Summit | OH | Summit | OH | $750.00 |
| Arthur LaTroy Jackson | 0056061 | Hamilton | OH | Hamilton | OH | $150.00 |
| Hillary Ann Dubin | 0058473 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Cheryl Ann Lukacs | 0058640 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| James Keith Butler | 0059037 | | OK | | OK | $250.00 |
| Candie Lynn Cornett | 0059489 | Butler | OH | Butler | OH | $400.00 |
| Robert Rockower Goldstein | 0059561 | Franklin | OH | Franklin | OH | $215.00 |
| Joanne L. Barach | 0059697 | Portage | OH | Portage | OH | $120.00 |
| Cynthia June Harris | 0059755 | Franklin | OH | Franklin | OH | $315.00 |
| Kipley Matthew Eastep | 0059922 | Franklin | OH | Franklin | OH | $80.00 |
| William Robert Donnelly | 0059923 | Franklin | OH | Franklin | OH | $150.00 |
| Alfred Ray English | 0060028 | | GA | | GA | $750.00 |
| Michael Thomas Cassetty | 0061144 | Summit | OH | Summit | OH | $150.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Wesley Alton Johnston | 0061166 | Summit | OH | Medina | OH | $65.00 |
| Suzanne Marie Luthe | 0061178 | Clark | OH | Clark | OH | $150.00 |
| R. J. Budway | 0061224 | Lorain | OH | Lorain | OH | $200.00 |
| Sanford Vincent Hockey | 0061312 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| John Warner Lowe, Jr. | 0061404 | | | | | $750.00 |
| John Emery Kessler | 0061743 | | MI | | MI | $490.00 |
| Kristen H. Whalley | 0062124 | | | | | $100.00 |
| Thomas Grist | 0062185 | Lake | OH | Summit | OH | $370.00 |
| Barbara Harris Combs | 0062197 | | FL | | FL | $680.00 |
| Mark Thomas Gibbons | 0062375 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| John Howard Dunlap | 0062982 | | MI | | MI | $150.00 |
| John Patrick Lesko | 0063446 | Hamilton | OH | Hamilton | OH | $150.00 |
| Mark William Daniel | 0063820 | | IL | | IL | $310.00 |
| David Hall Gunning, II | 0063853 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Meredith Harron McCarthy | 0063896 | | WV | Franklin | OH | $570.00 |
| Jessica Handley Frost | 0064049 | | GA | | GA | $490.00 |
| John Kevin Flanagan | 0064050 | Belmont | OH | | WV | $100.00 |
| James Sidney Jones | 0064099 | Mahoning | OH | Mahoning | OH | $70.00 |
| Lisa Ann Hahn | 0064133 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Bruce Legh Drysdale | 0064249 | | NM | Lucas | OH | $600.00 |
| Eric Steven Embree | 0064464 | | WV | | WV | $80.00 |
| Kathleen S. Pfeifer | 0064504 | Franklin | OH | Franklin | OH | $200.00 |
| Sheila Ann Haas | 0064540 | | KY | | | $150.00 |
| John Howard Fenton | 0064622 | Hamilton | OH | Hamilton | OH | $150.00 |
| Brent Howard Hawkins | 0064757 | Hamilton | OH | | | $610.00 |
| Rochelle Lee Cavicchia | 0064891 | Franklin | OH | Franklin | OH | $490.00 |
| Andrew Klemens Banks | 0065007 | | AZ | | AZ | $150.00 |
| Timothy Neil Elsass | 0065194 | Franklin | OH | Franklin | OH | $250.00 |
| Cary Matthew Cooper | 0065358 | Lucas | OH | | | $180.00 |
| Bruce Elliott Hodge | 0065460 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Carl James Gedeon | 0065645 | | NY | | | $750.00 |
| Theodore Alexander Amata | 0065658 | Cuyahoga | OH | Cuyahoga | OH | $215.00 |
| Mary Louise Kaderbek | 0065833 | Erie | OH | Lorain | OH | $150.00 |
| John J. Gorski | 0065839 | Wood | OH | Wood | OH | $750.00 |
| John Grady Bocciardi | 0065901 | Franklin | OH | Licking | OH | $100.00 |
| Melvyn Gene Barney | 0066129 | | CA | | CA | $440.00 |
| Angela Thi Bennett | 0066870 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Shelly L. McGee | 0066931 | | VA | | DC | $250.00 |
| John Reno Deaton, II | 0066990 | | KY | Hamilton | OH | $460.00 |
| Michael Wade Lind | 0067040 | Franklin | OH | Franklin | OH | $540.00 |
| Peter Gregory Carroll | 0067314 | | CA | | CA | $180.00 |
| Kathryn H. Louttit | 0067359 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Laura Klopper Warshawsky | 0067396 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Clement Leo Bezold, Jr. | 0067525 | | KY | | KY | $750.00 |
| C. L. Lindsay, III | 0067695 | | PA | | PA | $750.00 |
| Heather Gilchrist | 0067816 | | KY | | FL | $80.00 |
| Sherry Darlene Davis | 0068036 | Scioto | OH | Scioto | OH | $320.00 |
| Daniel Patrick Hercl | 0068377 | | FL | Franklin | OH | $350.00 |
| Ronald Michael Geers | 0068497 | Hamilton | OH | Hamilton | OH | $305.00 |
| Christopher Gilbert Black | 0068536 | Delaware | OH | Franklin | OH | $100.00 |
| Cynthia Louise Janeway | 0068617 | | TX | | TX | $750.00 |
| Ian Nathan Friedman | 0068630 | Cuyahoga | OH | Cuyahoga | OH | $165.00 |
| Michael John Herron | 0068694 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Timothy Michael Kennedy | 0068813 | Cuyahoga | OH | Cuyahoga | OH | $700.00 |
| Marc Alexander Lehotsky | 0068814 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| David John Gerchak | 0069060 | Mahoning | OH | Mahoning | OH | $460.00 |
| Beth Dworken Krasnow | 0069214 | Cuyahoga | OH | Cuyahoga | OH | $600.00 |
| Jeffrey C. Seaman | 0069265 | | KY | Hamilton | OH | $490.00 |
| Frank C. Botta | 0069301 | | PA | | PA | $250.00 |
| Geoffrey Stuart Goss | 0069444 | | NY | | NY | $150.00 |
| Susan Elizabeth Beamer | 0069559 | Hamilton | OH | Hamilton | OH | $205.00 |
| Matthew Robert Bowsher | 0069806 | | DC | | DC | $420.00 |
| James Christopher Lopez | 0070003 | | DC | | DC | $430.00 |
| Jason Porter Klingensmith | 0070083 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Paula Jean Chmura | 0070175 | Erie | OH | Erie | OH | $440.00 |
| Peter Maurice Ellis | 0070264 | | IL | | IL | $250.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Anthony R. Chi | 0070355 | Licking | OH | Licking | OH | $680.00 |
| Gregory Rodwell Hulse | 0070461 | | MN | | | $490.00 |
| Katherine Elizabeth Estafanous | 0070727 | | CA | | | $340.00 |
| Rebecca A. Chrostowski-Otto | 0070881 | | VA | | | $340.00 |
| Eric Steven Clark | 0071035 | | MA | | MA | $215.00 |
| William Scott Leckie | 0071310 | Hamilton | OH | Clermont | OH | $490.00 |
| Andrew David Bowers | 0071486 | Franklin | OH | Franklin | OH | $70.00 |
| Thomas Edward Luettke | 0071527 | Lucas | OH | Lucas | OH | $310.00 |
| Simone Marie Denny | 0071558 | Warren | OH | Montgomery | OH | $100.00 |
| Andrew Ryan Haney | 0071562 | Franklin | OH | Franklin | OH | $210.00 |
| Mark Oliver Blais | 0071577 | Cuyahoga | OH | Cuyahoga | OH | $460.00 |
| Amy Kendall Larson | 0071735 | | VA | | | $100.00 |
| Thomas Patrick Branigan | 0071740 | | MI | | MI | $250.00 |
| Andrew Todd Leslie | 0071755 | Franklin | OH | | | $150.00 |
| Joshua Dov Goldberg | 0071781 | Hamilton | OH | Hamilton | OH | $300.00 |
| Michael Roland Dean | 0071795 | Franklin | OH | Franklin | OH | $150.00 |
| Austin Frederick Klapp | 0072144 | Lucas | OH | Wood | OH | $150.00 |
| Ann Kathryn Leistner | 0072876 | Shelby | OH | Franklin | OH | $150.00 |
| Paul Alexander Callam | 0073210 | | MI | | MI | $490.00 |
| Jennifer Anne Driscoll | 0073472 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |